**Opinion issued December 6, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00678-CR

———————————

### IN RE DEMONTRE GREGORY CLARK, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Demontre Gregory Clark seeks a writ of mandamus to compel the trial court to hold a hearing on his motion for new trial.

Because we hold Clark has not shown entitlement to mandamus relief, we deny the petition.

### PER CURIAM

Panel consists of Justices Jennings, Keyes, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).